UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON



IN RE:

Seizure of $5,000 on deposit
In account #7968381413 held by
Linda Dolstad at Wells Fargo Bank

CASE NO. 3:20-mj-00075

## MOTION TO UNSEAL

Comes now the United States of America, by Kathleen E. Robeson, Assistant United States Attorney, for the Southern District of West Virginia and moves this Court to unseal the Seizure Warrant, Application, Attachments, Affidavit, and Search Warrant Return in this matter.

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

By:   /s/Kathleen E. Robeson
KATHLEEN E. ROBESON
Assistant United States Attorney
VA State Bar No. 89526
300 Virginia Street, East
Room 4000
Charleston, West Virginia 25301
Telephone:  304-345-2200
Fax:  304-347-5104
E-mail: kathleen.robeson@usdoj.gov